# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

STEVEN ERICH HUBBARD,
          Plaintiff,

    vs.

TRANS UNION, LLC O/B/O
CORPORATION SERVICE COMPANY,
EQUIFAX INC O/B/O CT CORPORATION
SYSTEM, and CHEX SYSTEMS INC O/B/O
CORPORATION SYSTEMS,
          Defendants.

CASE NO.

Judge

## TRANS UNION LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union") hereby removes the subject action from the Metropolitan General Sessions Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee (Nashville), on the following grounds:

1. Plaintiff, Steven Erich Hubbard, served Trans Union on or about April 18, 2024, with a Civil Warrant initiating an action in the Metropolitan General Sessions Court of Davidson County, Tennessee. A copy of the Civil Warrant is attached hereto as **Exhibit A**. No other process, pleadings or orders have been served upon Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Civil Warrant, generally.

3.     This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.     Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Metropolitan General Sessions Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee (Nashville).

5.     Notice of this removal will promptly be filed with the Metropolitan General Sessions Court of Davidson County, Tennessee and served upon all adverse parties. Defendant Chex Systems, Inc.'s consent to this removal is attached hereto as **Exhibit B**. Defendant Equifax Information Services, LLC's (improperly named as Equifax, Inc) consent to this removal is attached hereto as **Exhibit C**.

WHEREFORE, Defendant, Trans Union LLC, by counsel, removes the subject action from the Metropolitan General Sessions Court of Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee (Nashville).

Respectfully submitted,

*/s/ David M. Anthony*
David M. Anthony, Esq. (TN #019951)
Exo Legal PLLC
P.O. Box 121616
Nashville, TN 37212
Telephone:  (615) 869-0634
Fax:  (615) 656-0133
E-Mail: david@exolegal.com

*Counsel for Defendant Trans Union LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of May, 2024**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of May, 2024**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Steven Erich Hubbard<br>70 Creek Front Court<br>Crossville, TN 38555 | |
|---|---|

*/s /David M. Anthony*
David M. Anthony