# EXHIBIT A
## CIVIL WARRANT

Case 3:24-cv-00622    Document 1-1    Filed 05/17/24    Page 1 of 3 PageID #: 4

# STATE OF TENNESSEE, COUNTY OF DAVIDSON

| | |
|---|---|
| **To Any Lawful Officer To Execute and Return:** | **COURTROOM 1A**<br>**Pro Se** |

**COURTROOM 1A**
**Pro Se**

**NO. 24GC5548** _____ Amended

Summon_TRANS UNION, LLC O/B/O CORPORATION SERVICE COMPANY, EQUIFAX INC O/B/O CT CORPORATION SYSTEM, CHEX SYSTEMS INC O/B/O CT CORPORATION SYSTEMS, CHEX SYSTEMS, INC, TRANS UNION, LLC, EQUIFAX_

to appear before the Metropolitan General Sessions Court of Davidson County, Tennessee, to be held in **Courtroom 1A**, Justice A. A. Birch Building, 408 Second Avenue North, Nashville, Tennessee, on ___05/30/2024___, at _09:00am_, then and there to answer in a civil action (under $25,000) brought by the Plaintiff(s) for:

Defendants violated the Fair Credit Reporting Act ("FCRA"). Defendants are consumer reporting agencies who either failed to conduct an investigation into Plaintiff's dispute of fraudulent hard inquiries, on the Plaintiff's consumer report, as a result of identity theft in violation of 15 U.S.C 1681e(b) and 15 U.S.C. 1681(a)(1)(A) of the FCRA or conducted an an unreasonable investigation in violation of 15 U.S.C. 1681e(b). As a result of Defendants course of conduct, Plaintiff has suffered adverse terms of credit and insurance, denied bank account applications and denied credit card applications. Plaintiff is entitled to actual, statutory, punitive damages and court costs and attorneys fees under 15 U.S.C. 1681n or 15 U S.C. 1681o.

---

STEVEN ERICH HUBBARD _____
Plaintiff

STEVEN ERICH HUBBARD _____
Plaintiff

70 CREEK FRONT COURT, CROSSVILLE, TN 38555
Address

_____
Telephone

vs.

TRANS UNION, LLC O/B/O CORPORATION SERVICE COMPANY
Defendant

EQUIFAX INC O/B/O CT CORPORATION SYSTEM
Defendant

CHEX SYSTEMS INC O/B/O CT CORPORATION SYSTEMS
Defendant

## NOTICE TO THE DEFENDANT(S)

Failure to appear and answer this Summons will result in judgment by default being rendered against you for the relief requested. Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. This list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these items include items of necessary wearing apparel (clothing) for yourself and your family and trunks and other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer.

---

**CIVIL WARRANT**
Metropolitan General Sessions Court

**Day of Week:** Do not set for Friday

Set for _09:00am_ on _05/30/2024_, Courtroom 1A,
**Justice A. A. Birch Building**
**408 Second Avenue North**
**P.O. Box 196304**
**Nashville, Tennessee 37219-6304**

_____
Attorney for Plaintiff
Telephone _____

_____
Attorney for Defendant
Telephone _____

---

**TO REQUEST AN ADA ACCOMMODATION, PLEASE CONTACT TREY COLLIER AT (615) 880-3309.**

ISSUED 04/22/24 08:25 AM Joseph P. Day, Clerk /s/ Shelby Taylor

[Revised 9/01/22]

Steven Hubbard
70 Creek Front Court
Crossville, TN 38555



CERTIFIED MAIL®

NASHVILLE TN 370

9589 0710 5270 1333 0329 87

Retail

UNITED STATES POSTAL SERVICE®

RDC 99

37203

U.S. POST
FCM LETT
CROSSVI
MAY 01, 2

$8.7

R2304W1:

Equifax, Inc
The- Prentence-Hall Corporation System
2908 Poston Avenue
Nashville, TN 37203-1309