**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

STEVEN ERICH HUBBARD,

Plaintiff,

v.

TRANS UNION, LLC, EQUIFAX INC. and
CHEX SYSTEMS INC.,

Defendants.

Civil Action No. 3:24-cv-00622

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AS TO EQUIFAX
INC. ONLY**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that Pro Se Plaintiff Steven Erich Hubbard, pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in his complaint against Defendant Equifax Inc., with prejudice.

Defendant Equifax Information Services, LLC has neither filed an answer to the complaint nor a motion for summary judgement as to these claims. Dismissal under Rule 41(a)(i) is therefore appropriate.

DATE: 6/5/2024

Respectfully submitted,

*[signature]*
Steven Erich Hubbard

*Pro Se Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that, on 6/5/2024, I filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INC. with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Steven Erich Hubbard

*Pro Se Plaintiff*

Steven Erich Hubbard
70 Creek Front Court
Crossville, TN 38555

RECEIVED

JUN 11 2024

U.S. District Court
Middle District of TN

NASHVILLE TN 370

5 JUN 2024   PM 5   L

USA FOREVER

Fred D. Thompson Courthouse
719 Church Street
Suite 1300
Nashville, TN  37203

37203-709525