# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

---

STEVEN ERICH HUBBARD,
        Plaintiff,

    vs.

TRANS UNION, LLC O/B/O
CORPORATION SERVICE COMPANY,
EQUIFAX INC O/B/O CT CORPORATION
SYSTEM, and CHEX SYSTEMS INC O/B/O
CORPORATION SYSTEMS,
        Defendants.

CASE NO.  3:24-cv-00622

Judge Aleta A. Trauger

---

## ORDER OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Steven Erich Hubbard, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Steven Erich Hubbard against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Steven Erich Hubbard and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

_____
JUDGE, United States District Court,
Middle District of Tennessee (Nashville)

Case 3:24-cv-00622    Document 20    Filed 06/21/24    Page 1 of 2 PageID #: 69

DISTRIBUTION TO:

| | |
|---|---|
| **<u>Pro Se Plaintiff Steven Erich Hubbard</u>**<br>70 Creek Front Court<br>Crossville, TN | Sylas A. Kern, Esq.<br>skern@qslwm.com |
| Gayatri Raghunandan, Esq.<br>Gayatri.raghunandan@troutman.com | David M. Anthony, Esq.<br>david@exolegal.com |