# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

STEVEN ERICH HUBBARD,

      Plaintiff,

    v.

TRANS UNION LLC, EQUIFAX INC.,
CHEX SYSTEMS, INC,

      Defendants.

Case No. 3:24-cv-00622

District Judge Aleta A. Trauger

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT CHEX SYSTEMS INC.

Plaintiff Steven Erich Hubbard ("Plaintiff") and Defendant Chex Systems, Inc., ("ChexSystems"), hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's case against ChexSystems only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted, this 8th day of July 2024.

*/s/ Gayatri S. Raghunandan*
Gayatri S. Raghunandan
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Three Embarcadero Center, Suite 800
San Francisco CA 94111
Telephone: 415.477.5718
email: gayatri.raghunandan@troutman.com
*Attorneys for Defendant Chex Systems, Inc*

*/s/ Steven Erich Hubbard (with permission)*
Steven Erich Hubbard
70 Creek Front Court
Crossville, TN 38555
Telephone: 415.477.5718
email: steven.hubbard.2024@gmail.com
*Pro Se Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this *Stipulation of Dismissal* was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system. I further certify that I also served the foregoing via U.S. Mail, postage prepaid, addressed as follows:

Steven Erich Hubbard
70 Creek Front Court
Crossville, TN 38555
*Pro Se Plaintiff*

This 8th day of July 2024.

*/s/ Gayatri S. Raghunandan*
Gayatri S. Raghunandan